## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20044-XXXX

KALICIA BATTLE,

    Plaintiff,

v.

THE CITY OF MIAMI GARDENS,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    The Parties, by and through their undersigned counsel, hereby notifies this Court that the parties have reached a settlement of this matter.

    Respectfully submitted,

THE FIRM LAW GROUP
*Attorneys for Kalicia Battle*
14100 Palmetto Frontage Road
Suite 390
Miami Lakes, FL 33016

Telephone: (305) 693-8899
Facsimile:  (305) 675-0175

*By: /s/ Phillip A. Ortiz*
Phillip A. Ortiz  (FBN 98049)
phillip@firmlawgroup.com

LYDECKER | DIAZ
*Attorneys for the City of Miami Gardens*
1221 Brickell Avenue, 19th Floor
Miami, Florida  33131
Telephone: (305) 416-3180
Facsimile:  (305) 416-3190

*By: /s/ Stephen Hunter Johnson*
Stephen Hunter Johnson (FBN 12362)
shj@lydeckerdiaz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on February 16, 2018.

>                    */s/ Stephen Hunter Johnson*
>                         Stephen Hunter Johnson